UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLOUS B. DRUMMER,<br><br>  Petitioner,<br><br>  v.<br><br>ROBERT NEUSCHMID,<br><br>  Respondent. | Case No. 18-cv-02159-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 26, 2018

_____
SUSAN ILLSTON
United States District Judge